# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

JERRY SMITH
Reg. #29176-001                                                        PETITIONER

v.                            No. 2:19-cv-51-DPM

DEWAYNE HENDRIX, Warden,
FCI Forrest City Low                                                RESPONDENT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, № 7, and overrules Smith's reply and objections, № 8 & № 9. FED. R. CIV. P. 72(b)(3). Smith hasn't cleared the high bar of showing that § 2255 is inadequate or ineffective in his case. His § 2241 petition will therefore be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____25 July 2019_____