# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JERRY SMITH
Reg. #29176-001                                          PETITIONER

v.                      No. 2:19-cv-51-DPM

DEWAYNE HENDRIX, Warden,
FCI Forrest City Low                                     RESPONDENT

## JUDGMENT

Smith's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 July 2019